# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZANNE ECKBLOM and FRANK ECKBLOM,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORP.,<br><br>Defendant. | 1:14-cv-1669-LJO-GSA<br><br>**ORDER RE STIPULATION TO DISMISS (DOC. 47)** |

On March 30, 2015, the parties filed a stipulation to dismiss with prejudice this entire action under Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. 19 at 1. Based on the parties' stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated: **April 1, 2015**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

1